UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VERL ANTOINE JANIS,<br><br>Defendant. | 1:24-CR-10044-CBK<br><br>AMENDED ORDER SETTING<br>SENTENCING DATE |

The defendant appeared before Magistrate Judge Mark A. Moreno, on February 13, 2025, at which the plaintiff appeared by Carl A. Thunem, and the defendant appeared in person and with his attorney, Randall Turner.

The Magistrate filed his recommended findings on the change of plea and ordered that a presentence report be prepared.

IT IS ORDERED:

**(1) The report and recommendation, Doc. 25, is adopted. The Court accepts defendant's guilty plea. The Court will determine at sentencing whether to adopt the plea agreement.**

(2) The hearing will be held on June 9, 2025, at 3:30 p.m. in the Federal Courtroom of the U.S. Courthouse, 102 Fourth Avenue SE, Aberdeen, South Dakota, before the Honorable Charles B. Kornmann.

(3) The draft presentence report shall be filed by the Probation Office in CM/ECF using the Draft Presentence Report event on or before April 10, 2025.

(4) Any objections to the draft presentence report shall be filed by counsel in CM/ECF using the Objections to Presentence Report event on or before April 24, 2025. If counsel have no objections to the presentence report, counsel shall indicate such in CM/ECF using the Notice of No Objections to Presentence Report event.

(5) Any sentencing memoranda should be filed by counsel in CM/ECF the Sealed Sentencing Memorandum event on or before April 24, 2025.

(6) All letters of support shall be filed by counsel in CM/ECF using the Sealed Letter(s) of Support event on or before April 24, 2025. All letters of support shall be legibly scanned as one document and not scanned as separate documents. No letters shall be submitted directly to the Probation Office nor the Court.

(7) All other presentence report related documents shall be filed in CM/ECF using the appropriate event on or before April 24, 2025. None of these documents shall be submitted directly to the Probation Office nor to the Court.

(8) The final presentence report shall be filed by the Probation Office in CM/ECF using the Final Presentence Report event on or before May 8, 2025. An addendum setting forth any unresolved objections, the grounds for those objections, and the Probation Officer's comments on those objections shall also be filed separately in CM/ECF using the Addendum to Final Presentence Report event.

(9) If any party estimates the time required for the entire sentencing hearing will exceed 30 minutes, they shall notify the Court and opposing counsel in writing on or before May 19, 2025, and provide the following information:

    (a) The estimate of the time required for the evidentiary hearing;
    (b) A list of witnesses and the issue or issues each witness will address;
    (c) A summary of each witness's testimony; and
    (d) List of exhibits to be offered.

The opposing party shall provide the same information within three (3) days of receiving the above notice.

(10) Defendant shall be detained pending sentencing.

DATED this 8th day of April, 2025.

                                          BY THE COURT:

                                          CHARLES B. KORNMANN
                                          United States District Judge